

# IN THE
# TENTH COURT OF APPEALS

No. 10-13-00267-CR
No. 10-13-00268-CR
No. 10-13-00269-CR
No. 10-13-00270-CR

**JOSEPH FRANK LABARBERA, JR.,**

                                                                                **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                                **Appellee**

### From the 54th District Court
### McLennan County, Texas
### Trial Court Nos. 2012-1436-C2; 2012-1437-C2; 2012-1438-C2; 2012-1439-C2

## MEMORANDUM OPINION

Joseph Frank Labarbera, Jr. has appealed four judgments of conviction, each signed by the trial court on July 11, 2013. Labarbera signed a waiver of his right to appeal in each case. Further, the trial court's certification of defendant's right to appeal in each case indicates that Labarbera waived his right to appeal.

These appeals are dismissed.[1] *See* TEX. R. APP. P. 25.2(d); *Chavez v. State,* 183 S.W.3d 675, 680 (Tex. Crim. App. 2006) ("A court of appeals . . . must dismiss a prohibited appeal without further action, regardless of the basis for the appeal."); *Davis v. State,* 205 S.W.3d 606, 607 (Tex. App.—Waco 2006, no pet.).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeals dismissed
Opinion delivered and filed August 22, 2013
Do not publish
[CRPM]

---

[1] A motion for rehearing may be filed within 15 days after the judgment or order of this Court is rendered. *See* TEX. R. APP. P. 49.1. If the appellant desires to have the decision of this Court reviewed by filing a petition for discretionary review, that petition must be filed in the Court of Criminal Appeals within 30 days after either the day the court of appeals' judgment was rendered or the day the last timely motion for rehearing was overruled by the court of appeals. *See* TEX. R. APP. P. 68.2 (a).